Entered on Docket December 28, 2018

**Below is the Order of the Court.**

_____
**Mary Jo Heston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | Case No. 18-42845-MJH |
| BRIAN DOUGLAS DESKINS<br>CHERYL ANN DESKINS | EX PARTE ORDER DIRECTING RULE 2004<br>EXAMINATION OF DEBTORS |
| Debtor(s). | |

**THE COURT** has considered the *ex parte* motion of Michael G. Malaier, Chapter 13 Trustee, for an Order directing Debtors to appear for examination under oath (the "Motion"), and good cause appearing to grant the Motion,

**IT IS HEREBY ORDERED** that:

A. The Motion is granted;

B. Debtors shall appear for examination under oath pursuant to any subpoena issued herein pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure;

C. Debtors shall produce documents pursuant to any subpoena issued herein pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure; and

D. Debtors will be given no fewer than ten (10) days' notice of examination under any subpoena issued pursuant to the terms of this Order.

///End of Order///

Presented by:

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA No. 40476
Staff Attorney for
Michael G. Malaier, Chapter 13 Trustee

Michael G. Malaier
Chapter 13 Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Ex Parte Order Directing Rule 2004
Examination of Debtor – Page 1