| BROWN and SEELYE | JUDGE MARY JO HESTON |
| --- | --- |
| 1700 Cooper Point Rd SW #C5 | Chapter/Location: 13/Tacoma |
| Olympia, WA 98502 | Hearing Date: April 30, 2020 |
| (253)573-1958 | Hearing Time: 1:00 pm |
| | Response Date: April 23, 2020 |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re: )
 ) No.19-2845-MJH
BRIAN DOUGLAS DESKINS )
CHERYL ANN DESKINS ) AMENDED
  Debtor(s) ) NOTICE ON HEARING ON MOTION
 ) TO WITHDRAW AS COUNSEL
 )
_____)

### I. NOTICE

**PLEASE TAKE NOTICE** that a Motion to Withdraw as Counsel in the above-entitled matter
**IS SET FOR HEARING AS FOLLOWS:**

JUDGE: MARY JO HESTON      DATE: April 30, 2020
COURTROOM: H      TIME: 1:00 PM
PLACE: UNITED STATES BANKRUPTCY COURT
         1717 Pacific Ave.
         Tacoma, WA 98402

IF YOU OPPOSE this Motion you must file your written response with the court clerk, serve two copies on the Judge's chambers, and deliver copies on the undersigned attorney at trustee NOT LATER THAN THE RESPONSE DATE, which is April 23, 2020

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court shall GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE and strike the hearing.

DATED March 20, 2020

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

**BROWN and SEELYE**
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196