THE HONORABLE MARY JO HESTON
CHAPTER 13
HEARING DATE: September 28, 2023
HEARING TIME: 1:00 P.M.
LOCATION: Tacoma
RESPONSE DATE: September 21, 2023

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

BRIAN DOUGLAS DESKINS and
CHERYL ANN DESKINS,

Debtors.

Case No.: 18-42845-MJH

NOTICE OF HEARING AND MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT

## NOTICE

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion for Determination of Final Cure and Payment will be heard before the Honorable Mary Jo Heston at **1:00 P.M. on September 28, 2023**, at the U.S. Bankruptcy Courthouse, 1717 Pacific Avenue, Courtroom I, Tacoma, WA 98402.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **September 21, 2023**. You should also appear at the time of

NOTICE OF HEARING AND MOTION FOR
FINAL CURE AND PAYMENT             - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

## **MOTION**

**COMES NOW**, Michael G. Malaier, the Chapter 13 Standing Trustee, and hereby requests the Court make determination of final cure and payment pursuant to Fed. R. Bankr. P. 3002.1(h) as follows:

Debtors' Chapter 13 plan was confirmed on February 16, 2019, ECF No. 40, providing for debtors' second mortgage owed Bank of America., Claim No. 6, to be paid direct.

An order was entered on May 11, 2020 Approving Post-Confirmation Modification, which provided for the second mortgage, transferred from Bank of America to Specialized Loan Servicing, to be paid inside the plan.

There have been four Transfers of Claim, with the most recent, ECF No. 80, indicating the current Servicer is Legacy Mortgage Asset Truste 2021-SL2.

A proof of claim was filed July 29, 2020, Claim 6-2, by Specialized Loan Servicing LLC, listing arrears owed of $3,817.00.84 and the post-petition monthly payment $433.43. No Notice of Mortgage Payment Changes have been filed since creditor filed their proof of claim July 29, 2020.

According to Trustee's records, Debtors are current on their pre and post-petition mortgage payments through September, 2023, with the next mortgage payment due October, 2023. *See* Declaration of Tracy Maher. Trustee's records reflect that Debtor's pre-petition mortgage arrears have been paid in full. *Id*.

NOTICE OF HEARING AND MOTION FOR
FINAL CURE AND PAYMENT         - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

The only issue preventing closure of this case and issuance of Trustee's Final Report is a determination as to the post-petition status of Creditor's claim. It is prejudicial to the Debtors to allow Creditor to prevent the closure of this case based on the assertion of an unsupported discrepancy and instead raise the issue after all payments have been made under the plan.

**WHEREFORE** the Trustee respectfully requests that the Court make a determination that the Debtor has cured the default and made all ongoing payments under the terms of the plan and that the loan is current through September, 2023, as of the date of this motion.

**DATED** this 22nd day of August, 2023.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the United States as follows: I mailed via regular mail a true and correct copy of the Trustee's Motion for Determination of Final Cure, Declaration and Proposed Order to all parties listed on the attached mailing matrix.

The following parties received notice via ECF:

°Ellen Ann Brown °Dane Exnowski
°Lance E. Olsen °Michael S. Scott
°Jason C. Tatman °US Trustee

Executed at Tacoma, Washington on the 22nd day of August, 2023.

/s/Tracy Maher
Tracy Maher
Office Manager

NOTICE OF HEARING AND MOTION FOR
FINAL CURE AND PAYMENT - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600