**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In Re:                                )   Case No.   18-42845-MJH
                                      )   **P R O P O S E D**
BRIAN DOUGLAS DESKINS and             )   ORDER ON TRUSTEE'S MOTION FOR
CHERYL ANN DESKINS,                   )   DETERMINATION OF FINAL CURE
                                      )   AND PAYMENT
                        Debtors.      )

**THIS MATTER** coming on before the Court pursuant to the Chapter 13 Trustee's Motion for Determination of Final Cure and Payment, the Court being fully advised, it is hereby

**ORDERED** that that the Debtor has cured the default owed to Specialized Loan Servicing, LLC, ECF Claim 6, filed in this bankruptcy and that the debtor is current on all required post-petition payments due through August, 2023 with the next payment due September 1, 2023.

///End of Order///

Presented by:

_____
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier, Chapter 13 Trustee

Michael G. Malaier
Chapter 13 Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600

Order on Trustee's Motion for Determination
of Final Cure and Payment  - Page 1 of 1