| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Brian Douglas Deskins |
| Debtor 2 (Spouse, if filing) | Cheryl Ann Deskins |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number | 18-42845 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known): 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/25/2019

**Last 4 digits** of any number you use to identify the debtor's account: 8399

**New total payment:** $ 854.21
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate: _____ %    New interest rate: _____ %
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: PRINCIPAL BALANCE CHANGE- NUMBER OF DAYS IN BILLING CYCLE CHANGED

   _____

   Current mortgage payment: $ 840.01    New mortgage payment: $ 854.21

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

| Debtor 1 | Brian Douglas Deskins | Case number (if known) 18-42845 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Leah R. Turner     Date 06/04/2019
Signature

Print: Leah R. Turner     Title AVP; Bankruptcy Specialist

Company: Bank of America

Address: 4161 PIEDMONT PKWY, BANK OF AMERICA TRIAD CENTE
Number    Street

Greensboro, NC 27410
City    State    ZIP Code

Contact phone (336) 854-6458     Email leah.r.turner@bankofamerica.com

**UNITED STATES BANKRUPTCY COURT**

WESTERN DISTRICT OF WASHINGTON ( TACOMA DIVISION)

Chapter: 13 No. 18-42845

Judge: MARY JO HESTON

In re:

Brian Douglas Deskins

Cheryl Ann Deskins

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 06/04/2019, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Brian Douglas Deskins<br>5016 64th Ave W<br>University Place, WA 98467-2910 |
| Co-Debtor: | Cheryl Ann Deskins<br>5016 64th Ave W<br>University Place, WA 98467-2910 |
| Debtor's Attorney: | NOEL P. SHILLITO<br>1919 N Pearl St Ste C2<br>Tacoma, WA 98406-2490 |
| Trustee: | MICHAEL G. MALAIER<br>2122 Commerce St<br>Tacoma, WA 98402-3002 |

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com