| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian Douglas Deskins | |
| Debtor 2 (Spouse, if filing) | Cheryl Ann Deskins | |
| United States Bankruptcy Court for the: Western District of | | Washington (State) |
| Case number | 18-42845-MJH | |

Form 4100R

# Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Legacy Mortgage Asset Trust 2021-SL2, Mortgage-Backed Notes, Series 2021-SL2, U.S. Bank Trust National Association, as Trustee C/O Specialized Loan Servicing LLC

**Court claim no. (if known):** 6-2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX3928

**Property address:**
5016 64th Ave W
Number    Street

University Place, WA 98467
City    State    ZIP Code

## Part 2: Pre-petition Default Payments

*Check one:*
- ☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim
- ☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*
- ☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next post-petition payment from the debtor(s) is due on: _____ MM/DD/YYYY

- ☒ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total post-petition payments due:                                  (a) $   12,636.06
  b. Total fees, charges, expenses, escrow, and costs outstanding     +(b) $        0.00
  c. **Total.** Add lines a and b                                      (C) $   12,636.06

  Creditor asserts that the debtor(s) are contractually
  Obligated for the post-petition payment(s) that first became
  Due on:                                                04/25/2022
                                                          MM/DD/YYYY
  **Post-petition payments are from 4/25/2022 @$611.78, 5/25/2022 @$674.77, 6/25/2022 @$709.12, 7/25/2022 @$720.99, 8/25/2022 @$752.92, 9/25/2022 @$778.99, 10/25/2022 @$781.13, 11/25/2022 @$815.70, 11/25/2022 @$833.81, 12/25/2022 @$833.81, 1/25/2023-2/25/2023 @$854.21, 3/25/2023 @$831.59, and 4/25/2023-7/25/2023 @$854.21.**

| Debtor 1 | **Brian Douglas Deskins** | Case number 18-42845-MJH |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

|  |  |  |  |
|---|---|---|---|
| | ✗ /s/Dane Exnowski | Date | 07/28/2023 |
| | Signature | | |
| Print | Dane Exnowski | Title | Authorized Agent for the Creditor |
| | First Name  Middle Name  Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1544 Old Alabama Road | | |
|---|---|---|---|
| | Number  Street | | |
| | Roswell, GA 30076 | | |
| | City  State  Zip Code | | |
| Contact phone | 562-661-5060 | Email | Dane.Exnowski@mccalla.com |

|              |                          | Bankruptcy Case No.: | 18-42845-MJH |
|--------------|--------------------------|----------------------|--------------|
| In Re:       | Brian Douglas Deskins    | Chapter:             | 13           |
|              | Cheryl Ann Deskins       | Judge:               | Mary Jo Heston |

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Brian Douglas Deskins
5016 64Th Ave W
University Place, WA 98467

Cheryl Ann Deskins
5016 64Th Ave W
University Place, WA 98467

Ellen Ann Brown                         *(served via ECF Notification)*
Brown and Seelye
PO BOX 951090
South Jordan, UT 84095

Michael G. Malaier, Trustee             *(served via ECF Notification)*
2122 Commerce Street
Tacoma, WA 98402

United States Trustee                   *(served via ECF Notification)*
700 Stewart St Ste 5103
Seattle, WA 98101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  07/28/2023       By:   /s/Dane Exnowski
              (date)                 Dane Exnowski,
                                     Authorized Agent for the Creditor

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| 8/25/2018 | | 8/25/2018 | $ 433.43 | | $ (433.43) | Payment Accrued |
| 8/27/2018 | $ 433.40 | | | | $ 433.40 | Payment Received |
| 9/25/2018 | | 9/25/2018 | $ 433.43 | | $ (433.43) | Payment Accrued |
| 9/28/2018 | $ 433.46 | | | | $ 433.46 | Payment Received |
| 10/1/2018 | $ - | | | | $ - | |
| 10/25/2018 | | 10/25/2018 | $ 419.45 | | $ (419.45) | Payment Accrued |
| 10/31/2018 | $ 419.45 | | | | $ 419.45 | Payment Received |
| 11/25/2018 | | 11/25/2018 | $ 448.39 | | $ (448.39) | Payment Accrued |
| 12/25/2018 | | 12/25/2018 | $ 433.94 | | $ (433.94) | Payment Accrued |
| 1/1/2019 | $ - | | | | $ - | |
| 1/25/2019 | | 1/25/2019 | $ 448.39 | | $ (448.39) | Payment Accrued |
| 1/29/2019 | $ 448.39 | | | | $ 448.39 | Payment Received |
| 2/25/2019 | | 2/25/2019 | $ 463.37 | | $ (463.37) | Payment Accrued |
| 3/25/2019 | | 3/25/2019 | $ 418.52 | | $ (418.52) | Payment Accrued |
| 3/27/2019 | $ 418.52 | | | | $ 418.52 | Payment Received |
| 4/25/2019 | | 4/25/2019 | $ 448.20 | | $ (448.20) | Payment Accrued |
| 4/26/2019 | $ 143.29 | | | | $ 143.29 | Payment Received |
| 5/23/2019 | $ 448.42 | | | | $ 448.42 | Payment Received |
| 5/25/2019 | | 5/25/2019 | $ 334.98 | | $ (334.98) | Payment Accrued |
| 6/21/2019 | $ - | | | | $ - | |
| 6/25/2019 | | 6/25/2019 | $ 854.21 | | $ (854.21) | Payment Accrued |
| 7/25/2019 | | 7/25/2019 | $ 854.21 | | $ (854.21) | Payment Accrued |
| 7/26/2019 | $ 448.20 | | | | $ 448.20 | Payment Received |
| 8/1/2019 | $ - | | | | $ - | |
| 8/5/2019 | $ 462.62 | | | | $ 462.62 | Payment Received |
| 8/25/2019 | | 8/25/2019 | $ 835.04 | | $ (835.04) | Payment Accrued |
| 8/26/2019 | $ 448.20 | | | | $ 448.20 | Payment Received |
| 9/20/2019 | $ - | | | | $ - | |
| 9/25/2019 | | 9/25/2019 | $ 836.13 | | $ (836.13) | Payment Accrued |
| 9/27/2019 | $ 448.20 | | | | $ 448.20 | Payment Received |
| 10/25/2019 | | 10/25/2019 | $ 811.89 | | $ (811.89) | Payment Accrued |
| 10/28/2019 | $ 448.20 | | | | $ 448.20 | Payment Received |
| 11/1/2019 | $ - | | | | $ - | |
| 11/25/2019 | | 11/25/2019 | $ 815.42 | | $ (815.42) | Payment Accrued |
| 12/3/2019 | $ 448.00 | | | | $ 448.00 | Payment Received |
| 12/25/2019 | | 12/25/2019 | $ - | | $ - | Payment Accrued |
| 1/2/2020 | $ 448.20 | | | | $ 448.20 | Payment Received |
| 1/25/2020 | | 1/25/2020 | $ - | | $ - | Payment Accrued |
| 2/3/2020 | $ 448.20 | | | | $ 448.20 | Payment Received |
| 2/25/2020 | | 2/25/2020 | $ - | | $ - | Payment Accrued |
| 2/27/2020 | $ 448.20 | | | | $ 448.20 | Payment Received |
| 3/24/2020 | $ 900.00 | | | | $ 900.00 | Payment Received |
| 3/25/2020 | | 3/25/2020 | $ - | | $ - | Payment Accrued |
| 4/25/2020 | | 4/25/2020 | $ - | | $ - | Payment Accrued |
| 5/25/2020 | | 5/25/2020 | $ 696.89 | | $ (696.89) | Payment Accrued |
| 6/25/2020 | | 6/25/2020 | $ 707.07 | | $ (707.07) | Payment Accrued |
| 7/25/2020 | | 7/25/2020 | $ 696.89 | | $ (696.89) | Payment Accrued |
| 7/31/2020 | $ 1,298.71 | | | | $ 1,298.71 | Payment Received |
| 8/25/2020 | | 8/25/2020 | $ 707.07 | | $ (707.07) | Payment Accrued |
| 8/31/2020 | $ 868.44 | | | | $ 868.44 | Payment Received |
| 9/25/2020 | | 9/25/2020 | $ 706.19 | | $ (706.19) | Payment Accrued |
| 9/30/2020 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 10/25/2020 | | 10/25/2020 | $ 693.09 | | $ (693.09) | Payment Accrued |
| 10/30/2020 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 11/25/2020 | | 11/25/2020 | $ 700.60 | | $ (700.60) | Payment Accrued |
| 11/30/2020 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 12/25/2020 | | 12/25/2020 | $ 688.24 | | $ (688.24) | Payment Accrued |
| 12/31/2020 | $ 433.43 | | | | $ 433.43 | Payment Received |

| Date | P&I Paid | Date | Amount Due | | Balance | Type |
|---|---|---|---|---|---|---|
| 1/25/2021 | | 1/25/2021 | $ | 694.65 | $ (694.65) | Payment Accrued |
| 1/29/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 2/25/2021 | | 2/25/2021 | $ | 691.61 | $ (691.61) | Payment Accrued |
| 2/26/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 3/25/2021 | | 3/25/2021 | $ | 659.64 | $ (659.64) | Payment Accrued |
| 3/31/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 4/25/2021 | | 4/25/2021 | $ | 687.49 | $ (687.49) | Payment Accrued |
| 4/30/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 5/25/2021 | | 5/25/2021 | $ | 676.49 | $ (676.49) | Payment Accrued |
| 5/28/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 6/25/2021 | | 6/25/2021 | $ | 685.02 | $ (685.02) | Payment Accrued |
| 6/30/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 7/25/2021 | | 7/25/2021 | $ | 674.35 | $ (674.35) | Payment Accrued |
| 7/30/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 8/25/2021 | | 8/25/2021 | $ | 682.32 | $ (682.32) | Payment Accrued |
| 8/31/2021 | $ 866.86 | | | | $ 866.86 | Payment Received |
| 9/25/2021 | | 9/25/2021 | $ | 681.73 | $ (681.73) | Payment Accrued |
| 9/30/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 10/25/2021 | | 10/25/2021 | $ | 669.92 | $ (669.92) | Payment Accrued |
| 10/29/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 11/25/2021 | | 11/25/2021 | $ | 678.30 | $ (678.30) | Payment Accrued |
| 11/30/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 12/25/2021 | | 12/25/2021 | $ | 667.48 | $ (667.48) | Payment Accrued |
| 12/30/2021 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 1/25/2022 | | 1/25/2022 | $ | 675.60 | $ (675.60) | Payment Accrued |
| 1/31/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 2/25/2022 | | 2/25/2022 | $ | 674.74 | $ (674.74) | Payment Accrued |
| 2/28/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 3/25/2022 | | 3/25/2022 | $ | 645.77 | $ (645.77) | Payment Accrued |
| 3/31/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 4/25/2022 | | 4/25/2022 | $ | 611.78 | $ (611.78) | Payment Accrued |
| 4/29/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 5/25/2022 | | 5/25/2022 | $ | 674.77 | $ (674.77) | Payment Accrued |
| 5/31/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 6/25/2022 | | 6/25/2022 | $ | 709.12 | $ (709.12) | Payment Accrued |
| 6/30/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 7/25/2022 | | 7/25/2022 | $ | 720.99 | $ (720.99) | Payment Accrued |
| 7/29/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 8/25/2022 | | 8/25/2022 | $ | 752.92 | $ (752.92) | Payment Accrued |
| 8/31/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 9/25/2022 | | 9/25/2022 | $ | 778.99 | $ (778.99) | Payment Accrued |
| 9/30/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 10/25/2022 | | 10/25/2022 | $ | 781.13 | $ (781.13) | Payment Accrued |
| 10/31/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 11/25/2022 | | 11/25/2022 | $ | 815.70 | $ (815.70) | Payment Accrued |
| 11/30/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 12/25/2022 | | 12/25/2022 | $ | 833.81 | $ (833.81) | Payment Accrued |
| 12/30/2022 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 1/25/2023 | | 1/25/2023 | $ | 854.21 | $ (854.21) | Payment Accrued |
| 1/31/2023 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 2/25/2023 | | 2/25/2023 | $ | 854.21 | $ (854.21) | Payment Accrued |
| 2/28/2023 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 3/25/2023 | | 3/25/2023 | $ | 831.59 | $ (831.59) | Payment Accrued |
| 3/31/2023 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 4/25/2023 | | 4/25/2023 | $ | 854.21 | $ (854.21) | Payment Accrued |
| 4/28/2023 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 5/25/2023 | | 5/25/2023 | $ | 854.21 | $ (854.21) | Payment Accrued |
| 5/31/2023 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 6/25/2023 | | 6/25/2023 | $ | 854.21 | $ (854.21) | Payment Accrued |
| 6/30/2023 | $ 433.43 | | | | $ 433.43 | Payment Received |
| 7/25/2023 | | 7/25/2023 | $ | 854.21 | $ (854.21) | Payment Accrued |
| **Total:** | **$ 25,030.15** | | **$** | **37,666.21** | **$ (12,636.06)** | |

| Delinquent Payments | | Days Delinquent | | 457 |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Total Due | |
| 4/25/2022 | $ 611.78 | $ - | $ 611.78 | |

| Date | Amount | | Total |
|---|---|---|---|
| 5/25/2022 | $ 674.77 | $ - | $ 674.77 |
| 6/25/2022 | $ 709.12 | $ - | $ 709.12 |
| 7/25/2022 | $ 720.99 | $ - | $ 720.99 |
| 8/25/2022 | $ 752.92 | $ - | $ 752.92 |
| 9/25/2022 | $ 778.99 | $ - | $ 778.99 |
| 10/25/2022 | $ 781.13 | $ - | $ 781.13 |
| 11/25/2022 | $ 815.70 | $ - | $ 815.70 |
| 12/25/2022 | $ 833.81 | $ - | $ 833.81 |
| 1/25/2023 | $ 854.21 | $ - | $ 854.21 |
| 2/25/2023 | $ 854.21 | $ - | $ 854.21 |
| 3/25/2023 | $ 831.59 | $ - | $ 831.59 |
| 4/25/2023 | $ 854.21 | $ - | $ 854.21 |
| 5/25/2023 | $ 854.21 | $ - | $ 854.21 |
| 6/25/2023 | $ 854.21 | $ - | $ 854.21 |
| 7/25/2023 | $ 854.21 | $ - | $ 854.21 |
| Delinquency | | | $ 12,636.06 |
| Less Post Petition Suspense | | | $ 0.00 |
| Total Delinquency | | | $ 12,636.06 |