| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Brian Douglas Deskins |
| Debtor 2 (Spouse, if filing) | Cheryl Ann Deskins |
| United States Bankruptcy Court for the: Western District of Washington (State) | |
| Case number | 18-42845-MJH |

Form 4100R

# AMENDED Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of Creditor:** Legacy Mortgage Asset Trust 2021-SL2, Mortgage-Backed Notes, Series 2021-SL2, U.S. Bank Trust National Association, as Trustee C/O Specialized Loan Servicing LLC

**Court claim no. (if known):** 6-2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX3928

**Property address:**
5016 64th Ave W
University Place, WA 98467

### Part 2:   Pre-petition Default Payments

*Check one:*
- ☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim
- ☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:  $_____

### Part 3:   Post-petition Mortgage Payment

*Check one:*
- ☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next post-petition payment from the debtor(s) is due on: 10/01/2023

- ☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:
    a. Total post-petition payments due:  (a) $ _____
    b. Total fees, charges, expenses, escrow, costs outstanding, and suspense  +(b) $ _____
    c. **Total.** Add lines a and b  (C) $ _____

    Creditor asserts that the debtor(s) are contractually
    Obligated for the post-petition payment(s) that first became
    Due on:
    **Loan Modified, as more fully provided in stipulated order [docket 91], as follows: loan amount - $63,268.85 with a Fixed interest rate of 6.0%, Loan terms 185 months, Monthly Principal and Interest $525.01, first payment due date is 10/1/2023, and the Maturity Date is 3/1/2039.**

| Debtor 1 | **Brian Douglas Deskins** | Case number 18-42845-MJH |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | Signature: /s/Dane Exnowski | Date: 09/18/2023 |
|---|---|---|
| Print | Dane Exnowski | Title: Authorized Agent for the Creditor |
| Company | McCalla Raymer Leibert Pierce, LLC | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1544 Old Alabama Road | |
|---|---|---|
| | Roswell, GA 30076 | |
| Contact phone | 562-661-5060 | Email: Dane.Exnowski@mccalla.com |

|  |  |  |  |
|---|---|---|---|
| In Re: | Brian Douglas Deskins<br>Cheryl Ann Deskins | Bankruptcy Case No.:<br>Chapter:<br>Judge: | 18-42845-MJH<br>13<br>Mary Jo Heston |

CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Amended Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Brian Douglas Deskins
5016 64Th Ave W
University Place, WA 98467

Cheryl Ann Deskins
5016 64Th Ave W
University Place, WA 98467

Ellen Ann Brown          *(served via ECF Notification)*
Brown and Seelye
PO BOX 951090
South Jordan, UT 84095

Michael G. Malaier, Trustee          *(served via ECF Notification)*
2122 Commerce Street
Tacoma, WA 98402

United States Trustee          *(served via ECF Notification)*
700 Stewart St Ste 5103
Seattle, WA 98101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  09/18/2023      By:  /s/Dane Exnowski
                (date)              Dane Exnowski,
                                    Authorized Agent for the Creditor